THIS ORDER IS APPROVED.

Dated: July 07, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | |
|---|---|
| MICHAEL BRUNKEL | Chapter 13 |
| Debtor. | No: 0-10-bk-08870-JMM |
| WELLS FARGO FINANCIAL ARIZONA, INC., | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| v. | |
| MICHAEL BRUNKEL and RUSSELL BROWN, Trustee, | |
| Respondent. | |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtor has defaulted in his installment payments and cause exists for lifting the automatic stay; that the Debtor has been unable to afford Movant adequate

protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtor's interest in the property described, to wit:

> LOT 20, OF CASITAS DEL VALLE TOWNHOUSES, ACCORDIN TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YUMA COUNTY, ARIZONA, RECORDED IN BOOK 9 OF PLATS, PAGE 20.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

2

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed<br>this 8th day of June, 2010, to: |
| 2 | |
| 3 | MICHAEL BRUNKEL<br>1787 W. 27th Lane<br>Yuma, AZ 85364 |
| 4 | |
| 5 | PHIL HINEMAN<br>3411 N. 5th Ave., Suite 304<br>Phoenix, AZ 85013 |
| 6 | |
| 7 | RUSSELL BROWN<br>Suite 800<br>3838 N. Central Avenue<br>Phoenix, AZ 85012-1965 |
| 8 | |
| 9 |   s/ Jeanette Chavez |

**JABURG & WILK, P.C.**
**ATTORNEYS AT LAW**
**3200 NORTH CENTRAL AVENUE**
**SUITE 2000**
**PHOENIX, ARIZONA 85012**